IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**MELVIN DAVIS, et al.,**

    **Plaintiffs,**

**v.**                                                                                                 CIVIL ACTION NO. 02-0629-CB-M

**COCA-COLA BOTTLING CO.
CONSOLIDATED,**

    **Defendant.**

## JUDGMENT

Pursuant to an order entered this day dismissing all of plaintiffs' remaining claims with prejudice, it is hereby **ORDERED, ADJUDGED and DECREED** that judgment shall be entered against plaintiffs and in favor of the defendant on all claims.

**DONE** this the 26th day of April, 2005.

                                                                *s/Charles R. Butler, Jr.*
                                                                **Senior United States District Judge**